IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVANS LEE WRIGHT,

    Plaintiff,

v.                                           CASE NO. 1:05-cv-00029-MP-EMT

STEPHEN OELRICH, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, plaintiff's civil rights claim pursuant to 42 U.S.C. § 1983, be dismissed without prejudice for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Thursday, January 12, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's civil rights claim, Doc. 1, is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this   *14th*  day of February, 2006

   *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge